*Wisner & Speed* for the motion.

*James T. Keena* against.

---

HENRY W. PARDO ET AL. v. JOHN BITTORF.

*Motion to dismiss—Settlement of case.*

Where a case is not heard on testimony taken in open court there is nothing to settle, and a motion to dismiss such a case on the ground that it has not been settled will be denied.

Motion to dismiss. Submitted October 4, 1881. Denied October 5.

*Fraser & Gates* for the motion.

*Atkinson & Atkinson* against.

---

EDWARD BLANCHARD, RELATOR v. NATHAN CHURCH, QUARTERMASTER–GENERAL.

*Bounty-claim—Laches of complainant.*

Mandamus to compel respondent to receive relator's claim for the State bounty of $150 provided for by Act 27 of 1865, and, under sec. 1 of Act 132 of 1871, to examine and allow the claim and forward to the Auditor-General a certificate showing the amount of bounty so due relator. Submitted October 4. Denied October 5.

*G. T. Gridley* for relator.

THE COURT held that the great delay in making the application was fatal.